## ADAMS v. STATE.
### No. 24569.

Court of Criminal Appeals of Texas.
Dec. 21, 1949.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Upon his plea of guilty before the court, appellant was assessed a punishment of two years in the penitentiary for cattle theft.

The record is before us without a statement of facts or bills of exception.

Nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.

None on appeal for appellant.

George P. Blackburn, State's Atty. of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for theft of cattle, punishment assessed at two years in the penitentiary.

Appellant waived a jury, and entered his plea of guilty before the court. The judgment recites that all formalities required were complied with for the entry of such plea before the court.

No statement of facts nor bills of exception are brought forward in the record.

The judgment is affirmed.